UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CIMARRON CAPITAL, LTD. and KONA CONCEPTS, INC.,** § § § | |
| **Plaintiffs,** § § | Civil Action No. 4:21-cv-00321 |
| v. § § | |
| **ENZOLYTICS, INC.,** § § | |
| **Defendant.** § | |

## NOTICE OF VOLUNTARY DISSMISSAL WITHOUT PREDJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, **CIMARRON CAPITAL, INC. and KONA CONCEPTS, INC.**, by and through its Counsel, hereby gives notice of its voluntary dismissal of this case without prejudice.

1. On April 21, 2021, **CIMARRON CAPITAL, INC. and KONA CONCEPTS, INC.,** filed a Verified Complaint for specific relief.

2. Defendant has not answered or moved for summary judgment.

3. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served either an answer or motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss its case without a court order by filing this notice of dismissal. *Little v. Trott & Trott, P.C.*, 2009 U.S. Dist. LEXIS 116575, *2 (D.D.C. Dec. 14, 2009) (citing Fed. R. Civ. P. 41(a)(1)(A)(i)); *accord Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 44-45 & n. 7. (D.D.C. 2010).

4. Plaintiffs hereby gives such notice of voluntary dismissal.

5. Therefore, this action should be dismissed without prejudice. *See, e.g., Little*, 2009 U.S. Dist. LEXIS 116575 at *3 ("As such, Plaintiff's complaint is automatically DISMISSED

1

WITHOUT PREJUDICE without the need for a court order." (citing Fed. R. Civ. P. 41(a)(1)(A)(i) and emphasis in original)).

                        Respectfully submitted,

                        **BELL NUNNALLY & MARTIN LLP**

                        By:*/s/ Benjamin L. Riemer*
                              Benjamin L. Riemer
                              State Bar No. 24065976
                              briemer@bellnunnally.com
                              Troy (T.J.) Hales
                              State Bar No. 24099011
                              thales@bellnunnally.com
                              Parker A. Burns
                              State Bar No. 24091843
                              pburns@bellnunnally.com

                        2323 Ross Avenue, Suite 1900
                        Dallas, Texas 75201
                        Telephone:  (214) 740-1400
                        Telecopy:  (214) 740-1499

                        **ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on the following counsel of record via the Court's electronic serve system on the 24th day of June, 2021:

Daniel P. Callahan, Esq.
Kessler Collins, P.C.
2100 Ross Avenue, Suite 750
Dallas, Texas 75201

                              */s/ Benjamin L. Riemer*
                              Benjamin L. Riemer

5934554_1.DOCX/12985.00001